**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **ILYANA ILIEVA,** | ] | |
| **Plaintiff,** | ] | |
| | ] | **Case No. 3:26-cv-00116** |
| **v.** | ] | |
| | ] | |
| **BELMONT UNIVERSITY and RYAN** | ] | |
| **SPLITTGERBER** | ] | |
| **Defendants.** | ] | |

## JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the May 7, 2026 Initial Case Management Order (Doc. 15), the parties submit this Joint Case Resolution Status Report. On August 10, 2026, the parties met by videoconference, at which time the Plaintiff made an initial demand. Defendants responded to Plaintiff's initial demand on August 13, 2026. The Parties believe that discovery is needed before further settlement discussions.

Respectfully submitted this 14th day of August, 2026.

Respectfully submitted,

*/s/ Lauren Irwin*
Jennifer S. Rusie, BPR No. 026009
Lauren Irwin, BPR No. 038433
**JACKSON LEWIS, P.C.**
611 Commerce Street, Suite 2803
Nashville, TN 37203
(615) 565-1664
jennifer.rusie@jacksonlewis.com
lauren.irwin@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of August, 2026, a copy of the foregoing **JOINT CASE RESOLUTION STATUS REPORT** was filed electronically with the Clerk's office by using its electronic filing system, which will automatically serve the following Plaintiff's counsel of record with a true and correct copy of the same:

Perry A. Craft
Law Office of Perry A. Craft, PLLC
402 BNA Drive, Suite 402
Nashville, Tennessee 37217
Email: perrycraft@craftlegal.com

*/s/ Lauren J. Irwin*
Lauren J. Irwin

4914-7605-0631, v. 2